# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANNY LAMBERT, ET AL.                                    CIVIL ACTION

VERSUS

LIBERTY MUTUAL FIRE                                     NO.: 13-00023-BAJ-SCR
INSURANCE COMPANY

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 7)**, filed by Plaintiffs Danny P. Lambert and LaDonna Lambert ("Plaintiffs"), seeking an order from this Court remanding the above-captioned matter to the Twenty-First Judicial District Court, Parish of Livingston, State of Louisiana. Defendant Liberty Mutual Life Fire Insurance Company ("Defendant") opposes the motion. (Doc. 9.)

On March 19, 2013, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be denied. (Doc. 10.)

The Magistrate Judge's Report and Recommendation specifically notified the Plaintiffs that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date of service to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 10, p. 1.) A review of the record indicates that Plaintiffs did not file a memorandum in opposition to the Magistrate Judge's Report and Recommendation.

Having carefully considered Plaintiffs' motion, Defendant's memorandum in opposition, the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 10)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs Danny P. Lambert and LaDonna Lambert's **Motion to Remand (Doc. 7)** is **DENIED**.

Baton Rouge, Louisiana, this 10th day of September, 2013.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Case 3:13-cv-00023-BAJ-SCR   Document 23   09/11/13   Page 2 of 2